IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM ATKINS**,

          Plaintiff,

v.

**MICHAEL J. ASTRUE,**
  **Commissioner of Social Security,**

          Defendant.

Civil Action Number 3:08c235

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on October 27, 2008. The time to file objections has expired and neither party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (docket entry no. 7) is DENIED.

(3) Defendant's Motion for Summary Judgment (docket entry no. 12) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this order to all counsel of record.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

November 18, 2008               /s/
DATE                       RICHARD L. WILLIAMS
                             SENIOR UNITED STATES DISTRICT JUDGE